**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | § | Case No. 0:09-BK-30010-EWH |
| | § | |
| MELVIN J. GUSHULAK | § | |
| DEBORAH ANN GUSHULAK | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lawrence J. Warfield, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $189,688.69 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $713.03 | Claims Discharged Without Payment: | $114,546.77 |
| Total Expenses of Administration: | $351.11 | | |

3) Total gross receipts of $1,064.14 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,064.14 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $185,387.35 | $37,363.49 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $351.11 | $351.11 | $351.11 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $108,007.22 | $76,301.88 | $76,301.88 | $713.03 |
| **Total Disbursements** | $293,394.57 | $114,016.48 | $76,652.99 | $1,064.14 |

4). This case was originally filed under chapter 7 on 11/20/2009. The case was pending for -1318 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/05/2013 By: /s/ Lawrence J. Warfield
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 FEDERAL TAX REFUND | 1124-000 | $931.67 |
| 2009 STATE TAX REFUND | 1124-000 | $130.00 |
| Interest Earned | 1270-000 | $2.47 |
| **TOTAL GROSS RECEIPTS** | | $1,064.14 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | TruStar Federal Credit Union | 4110-000 | $37,751.73 | $37,363.49 | $0.00 | $0.00 |
| | Chrysler Financial | 4110-000 | $6,027.00 | NA | $0.00 | $0.00 |
| | QR Lending, Inc. | 4110-000 | $100,946.00 | NA | $0.00 | $0.00 |
| | TruStar Federal Credit Union | 4110-000 | $40,662.62 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $185,387.35 | $37,363.49 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence J. Warfield, Trustee | 2100-000 | NA | $266.04 | $266.04 | $266.04 |
| Lawrence J. Warfield, Trustee | 2200-000 | NA | $73.90 | $73.90 | $73.90 |
| Bank of Texas | 2600-000 | NA | $11.17 | $11.17 | $11.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $351.11 | $351.11 | $351.11 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $10,907.43 | $11,145.36 | $11,145.36 | $104.15 |
| 2 | Midland Funding LLC | 7100-000 | $5,062.00 | $5,062.72 | $5,062.72 | $47.31 |
| 4 | Capital One, N.A. | 7100-000 | $2,727.29 | $2,803.34 | $2,803.34 | $26.20 |
| 5 | U.S. Bank N.A. | 7100-000 | $26,167.58 | $26,499.51 | $26,499.51 | $247.63 |
| 6 | Midland Funding LLC | 7100-000 | NA | $6,590.00 | $6,590.00 | $61.58 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | $561.00 | $561.35 | $561.35 | $5.25 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | $23,525.00 | $23,525.11 | $23,525.11 | $219.84 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | $99.00 | $114.49 | $114.49 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 9; Fia Card Services, NA/Bank of America) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.07 |
| | Citi Cards | 7100-000 | $22,172.00 | NA | NA | $0.00 |
| | CitiFinancial Services, Inc. | 7100-000 | $12,271.92 | NA | NA | $0.00 |
| | Wells Fargo Financial Card | 7100-000 | $4,514.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $108,007.22 | $76,301.88 | $76,301.88 | $713.03 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 09-30010-YUM EWH
**Case Name:** GUSHULAK, MELVIN J. AND GUSHULAK, DEBORAH ANN
**For the Period Ending:** 6/5/2013

**Trustee Name:** Lawrence J. Warfield
**Date Filed (f) or Converted (c):** 11/20/2009 (f)
**§341(a) Meeting Date:** 12/16/2009
**Claims Bar Date:** 09/03/2010

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | REAL PROPERTY: 1821 6TH AVENUE EAST , MN | $103,400.00 | $2,454.00 | | $0.00 | FA |
| 2 | 100 ACRES OF UNDEVELOPED LAND, BLACK RIVER, MN | $70,000.00 | $0.00 | | $0.00 | FA |
| 3 | TRUSTAR FCU ACCT #6055 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | NATIONAL BANK OF AZ ACCT #2307 | $300.00 | $0.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | $2,500.00 | $0.00 | | $0.00 | FA |
| 6 | BOOKS, PICTURES, CDS | $150.00 | $0.00 | | $0.00 | FA |
| 7 | DEBTORS' WARDROBES | $500.00 | $0.00 | | $0.00 | FA |
| 8 | WEDDING RINGS | $500.00 | $0.00 | | $0.00 | FA |
| 9 | GOLF CLUBS | $150.00 | $0.00 | | $0.00 | FA |
| 10 | GUN | $100.00 | $0.00 | | $0.00 | FA |
| 11 | PENSION FROM ALASKA LABOR UNION | $822.29 | $0.00 | | $0.00 | FA |
| 12 | RETIREMENT ANNUITY FROM TRANSAMERICA LIFE | $1,500.00 | $0.00 | | $0.00 | FA |
| 13 | ARIZONA STATE RETIREMENT PLAN | $0.00 | $0.00 | | $0.00 | FA |
| 14 | 2009 POTENTIAL TAX REFUND | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | See Assets No. 18, 19 | | | | | |
| 15 | 1995 CHEVY PICKUP WITH 120,000 MILES | $2,950.00 | $0.00 | | $0.00 | FA |
| 16 | 2005 CHRYSLER TOWN & COUNTRY VAN WITH 64,000 MILES | $5,665.00 | $0.00 | | $0.00 | FA |
| 17 | SOCIAL SECURITY IN THE AMOUNT OF $1,151.40/MO | $1,151.40 | $0.00 | | $0.00 | FA |
| 18 | 2009 FEDERAL TAX REFUND | $0.00 | $931.67 | | $931.67 | FA |
| 19 | 2009 STATE TAX REFUND | $0.00 | $130.00 | | $130.00 | FA |
| INT | Interest Earned | Unknown | Unknown | | $2.47 | FA |
| | **TOTALS (Excluding unknown value)** | **$189,688.69** | **$3,515.67** | | **$1,064.14** | **Gross Value of Remaining Assets** **$0.00** |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

**Case No.:** 09-30010-YUM EWH
**Case Name:** GUSHULAK, MELVIN J. AND GUSHULAK, DEBORAH ANN
**For the Period Ending:** 6/5/2013

**Trustee Name:** Lawrence J. Warfield
**Date Filed (f) or Converted (c):** 11/20/2009 (f)
**§341(a) Meeting Date:** 12/16/2009
**Claims Bar Date:** 09/03/2010

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 08/25/2011

**Current Projected Date Of Final Report (TFR):** 02/28/2013

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 09-30010-YUM EWH
**Case Name:** GUSHULAK, MELVIN J. AND GUSHULAK, DEBORAH ANN
**Primary Taxpayer ID #:** ******0784
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 11/20/2009
**For Period Ending:** 6/5/2013

**Trustee Name:** Lawrence J. Warfield
**Bank Name:** M&I Bank
**Money Market Acct #:** ******9577
**Account Title:** Money Market Account
**Blanket bond (per case limit):** $82,080,307.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2010 | (18) | UNITED STATES TREASURY | 2009 FEDERAL REFUND | 1224-000 | $931.67 | | $931.67 |
| 05/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.06 | | $931.73 |
| 06/08/2010 | (19) | STATE OF ARIZONA | STATE REFUND | 1124-000 | $130.00 | | $1,061.73 |
| 06/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.10 | | $1,061.83 |
| 07/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.11 | | $1,061.94 |
| 08/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.11 | | $1,062.05 |
| 09/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.11 | | $1,062.16 |
| 10/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.11 | | $1,062.27 |
| 11/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.10 | | $1,062.37 |
| 12/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.11 | | $1,062.48 |
| 01/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.11 | | $1,062.59 |
| 02/28/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.10 | | $1,062.69 |
| 03/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.11 | | $1,062.80 |
| 04/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.11 | | $1,062.91 |
| 05/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.11 | | $1,063.02 |
| 06/30/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.09 | | $1,063.11 |
| 07/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.09 | | $1,063.20 |
| 08/31/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.10 | | $1,063.30 |
| 09/30/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.08 | | $1,063.38 |
| 10/31/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.10 | | $1,063.48 |
| 11/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.08 | | $1,063.56 |
| 12/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $1,063.66 |
| 01/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.09 | | $1,063.75 |
| 02/29/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.08 | | $1,063.83 |
| 03/31/2012 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $1,063.93 |
| 04/30/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.08 | | $1,064.01 |
| 05/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.10 | | $1,064.11 |
| 06/12/2012 | (INT) | M&I Bank | Interest Earned For June 2012 | 1270-000 | $0.03 | | $1,064.14 |
| | | | | SUBTOTALS | $1,064.14 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 09-30010-YUM EWH
**Case Name:** GUSHULAK, MELVIN J. AND GUSHULAK, DEBORAH ANN
**Primary Taxpayer ID #:** ******0784
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 11/20/2009
**For Period Ending:** 6/5/2013

**Trustee Name:** Lawrence J. Warfield
**Bank Name:** M&I Bank
**Money Market Acct #:** ******9577
**Account Title:** Money Market Account
**Blanket bond (per case limit):** $82,080,307.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/12/2012 | | Bank of Texas | Transfer Funds | 9999-000 | | $1,064.14 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $1,064.14 | $1,064.14 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $1,064.14 | |
| **Subtotal** | $1,064.14 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $1,064.14 | $0.00 | |

**For the period of 11/20/2009 to 6/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,064.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,064.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,064.14 |

**For the entire history of the account between 05/07/2010 to 6/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,064.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,064.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,064.14 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 09-30010-YUM EWH
**Case Name:** GUSHULAK, MELVIN J. AND GUSHULAK, DEBORAH ANN
**Primary Taxpayer ID #:** ******0784
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 11/20/2009
**For Period Ending:** 6/5/2013

**Trustee Name:** Lawrence J. Warfield
**Bank Name:** Bank of Texas
**Checking Acct #:** ******5712
**Account Title:** DDA
**Blanket bond (per case limit):** $82,080,307.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/12/2012 | | M&I Bank | Transfer Funds | 9999-000 | $1,064.14 | | $1,064.14 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.05 | $1,063.09 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.71 | $1,061.38 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.71 | $1,059.67 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.65 | $1,058.02 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.70 | $1,056.32 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.65 | $1,054.67 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.70 | $1,052.97 |
| 05/20/2013 | 5001 | Lawrence J. Warfield | Trustee Compensation | 2100-000 | | $266.04 | $786.93 |
| 05/20/2013 | 5002 | Lawrence J. Warfield | Trustee Expenses | 2200-000 | | $73.90 | $713.03 |
| 05/20/2013 | 5003 | Discover Bank | Claim #: 1; Amount Claimed: 11,145.36; Distribution Dividend: 0.93; | 7100-000 | | $104.15 | $608.88 |
| 05/20/2013 | 5004 | Midland Funding LLC | Claim #: 2; Amount Claimed: 5,062.72; Distribution Dividend: 0.93; | 7100-000 | | $47.31 | $561.57 |
| 05/20/2013 | 5005 | Capital One, N.A. | Claim #: 4; Amount Claimed: 2,803.34; Distribution Dividend: 0.93; | 7100-000 | | $26.20 | $535.37 |
| 05/20/2013 | 5006 | U.S. Bank N.A. | Claim #: 5; Amount Claimed: 26,499.51; Distribution Dividend: 0.93; | 7100-000 | | $247.63 | $287.74 |
| 05/20/2013 | 5007 | Midland Funding LLC | Claim #: 6; Amount Claimed: 6,590.00; Distribution Dividend: 0.93; | 7100-000 | | $61.58 | $226.16 |
| 05/20/2013 | 5008 | Fia Card Services, NA/Bank of America | Claim #: 7; Amount Claimed: 561.35; Distribution Dividend: 0.93; | 7100-000 | | $5.25 | $220.91 |
| 05/20/2013 | 5009 | Fia Card Services, NA/Bank of America | Claim #: 8; Amount Claimed: 23,525.11; Distribution Dividend: 0.93; | 7100-000 | | $219.84 | $1.07 |
| 05/20/2013 | 5010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.07 | $0.00 |
| | | | Claim Amount $(1.07) | 7100-001 | | | $0.00 |



**SUBTOTALS** $1,064.14 $1,064.14

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 09-30010-YUM EWH | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | GUSHULAK, MELVIN J. AND GUSHULAK, DEBORAH ANN | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******0784 | **Checking Acct #:** | ******5712 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/20/2009 | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 6/5/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,064.14 | $1,064.14 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,064.14 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,064.14 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,064.14 | |

**For the period of 11/20/2009 to 6/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,064.14 |
| Total Compensable Disbursements: | $1,064.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,064.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/12/2012 to 6/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,064.14 |
| Total Compensable Disbursements: | $1,064.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,064.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 09-30010-YUM EWH | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | GUSHULAK, MELVIN J. AND GUSHULAK, DEBORAH ANN | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******0784 | **Checking Acct #:** | ******5712 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/20/2009 | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 6/5/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $1,064.14 | $1,064.14 | $0.00 |

**For the period of 11/20/2009 to 6/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,064.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,064.14 |
| Total Internal/Transfer Receipts: | $1,064.14 |
| | |
| Total Compensable Disbursements: | $1,064.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,064.14 |
| Total Internal/Transfer Disbursements: | $1,064.14 |

**For the entire history of the case between 11/20/2009 to 6/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,064.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,064.14 |
| Total Internal/Transfer Receipts: | $1,064.14 |
| | |
| Total Compensable Disbursements: | $1,064.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,064.14 |
| Total Internal/Transfer Disbursements: | $1,064.14 |